UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   12-CV-80776 RYSKAMP/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 §2241

In the United States District Court
for the SouTHERN District of Florida
Division

_Norris B. Hawkins_
Petitioner,
_South Bay Correctional Facility_
_P.O. Box 7171_
_South Bay Florida 33493_
(Address or place of confinement
and prison number. Full name which
you were convicted under).

FILED by ATS D.C.
JUL 2 0 2012
STEVEN M. LARIMORE
CLERK U S DIST. CT
S. D. of FLA — MIAMI

vs.

Case No._____

_Tom Levin, Warden_
Respondent.
_South Bay Correctional Facility_
_P.O. Box 7171_
_South Bay, Florida 33493_
(Name of Warden or other authorized
person having custody of petitioner)

cat/div 2241 / 530 / WPB
Case # _____
Judge _____ Mag PAW
Motn Ifp _____ Fee pd $ 5.00
Receipt # _____

PLEASE COMPLETE THE FOLLOWING:   (check appropriate number)

This petition concerns:

1.  a. _____ a conviction.
    b. _____✓_____ a sentence.
    c. _____ jail or prison conditions.
    d. _____ prison discipline.
    e. _____ a parole problem.
    f. _____ other.

Page 2

2. Place of detention **South Bay Correctional Facility**

3. Name and location of court which imposed sentence **15th Judicial Circuit Court, in Palm Beach County, Florida**

4. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

    (a) **77-1154CF**

    (b) **Ct One: Trespass of an Occupied Structure**

    (c) **Ct Two: Second Degree Murder**

5. The date upon which sentence was imposed and the terms of the sentence:

    (a) **December 4th 1978**

    (b) **Ct One: Deferred Sentence**

    (c) **Ct Two: Deferred Sentence**

6. Check whether a finding of guilty was made:

    (a) After a plea of guilty _____

    (b) After a plea of not guilty **✓**

    (c) After a plea of nolo contendere _____

7. If you were found guilty after a plea of not guilty, check whether that finding was made by:

    (a) a jury **✓**

    (b) a judge without a jury _____

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    (**✓**) Yes    ( ) No

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of Court **4th District Court of Appeal**

       (2) Result **Per Curiam Affirmed Convictions & Sentences**

Page 3

9. a. Continued

    (3) Date of result June 3rd 1981

    (4) Citation or number of opinion Fla. App. 399 so 2d 449

    (5) Grounds raised (list each)

        (a) Whether Appellant Confession was Voluntarily Given.

        (b) _____

        (c) _____

        (d) _____

b. (1) Name of court Fourth District Court of Appeal

    (2) Result Denied

    (3) Date of result November 20th 1996

    (4) Citation or number of opinion 4D96-00383

    (5) Grounds raised (list each)

        (a) Ineffective Appellate Counsel claims failed to Argue.

        (b) Court Erred in denying Motion for New Trial

        (c) Court Refused to Reduce judgement to Third Degree.

        (d) Court Erred in instructing the Jury on self defense.

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.

10. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Page 4

10. Continued

    a. Ground One <u>THE Trial Court did Not Orally Pronounce A Sentence During the Sentencing Hearing:</u>

Supporting <u>FACTS</u> (tell your story <u>BRIEFLY</u> without citing cases or law).

CAUTION: You must state <u>facts not conclusions</u> in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

<u>On September 27th 1978, Appellant was found guilty by Jury of Second Degree Murder Ct Two And Trespass of an Occupied Structure as lesser included offenses. The Court Deferred sentencing from the todays date and set it at some future time and withheld adjudication for the day of Sentence. On December 4th 1978, The Court Held a Sentencing Proceeding. Adjudicated Appellant guilty on Count One and Count Two, During the Hearing the Trial Court did not Orally Pronounce Sentence's on Ct. One and Ct. Two.</u>

Supporting <u>FACTS</u> (tell your story <u>BRIEFLY</u> without citing cases or law).

10. Continued

    c. Ground Three. _____

        _____

        Supporting Facts (tell your story BRIEFLY without citing cases or law)

        _____
        _____
        _____
        _____
        _____
        _____

    d. Ground Four _____

        _____

        Supporting FACTS (tell your story BRIEFLY without citing cases or law)

        _____
        _____
        _____
        _____
        _____
        _____

11. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

    Yes (✓)    No ( )

12. If your answer to question number 10 was "yes", give the following information:

   a. (1) Name of Court __United States Southern District__
      (2) Nature of proceeding __28:2254 Petition__
      (3) Grounds raised __(Ineffective Counsel Claims)__

      (4) Result __Dismissed__
      (5) Date of result __June 29th 2001__
      (6) Citation or number of any written opinion or order entered pursuant to each such disposition.
         __U.S.D.C. No: 98-08706 Civ-Huck__

   b. (1) Name of Court __United States District Court, Southern Dist__
      (2) Nature of proceeding __28:2244(b) Petition__
      (3) Grounds raised __Trial Judge was not Present during Voir dire Proceeding.__

      (4) Result __Denied__
      (5) Date of result __September 14th 2006__
      (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
         __U.S.D.C. No: 06-80298__

13. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

Rule 3.800(A), Florida Criminal Procedure is generally Restricted to Matters that Can be Established from the Record without the Need for any Evidentiary Hearing and, Rule 3.800(A) are not intended to Resolve factual disputes - such a Claim "That The Trial Court did Not Orally Pronounce Sentence during the Sentencing Hearing" involves a factual dispute when an Essential Record Transcript does not Exist. Such a Claim Requires an Evidentiary Hearing to Resolve the factual dispute. Appellant's Claim Under Rule 3.800(A) is inadequate and ineffective to Test the Legality of Appellant's detention In this Case.

14. Are your presently represented by counsel? Yes ( ) No (✓)

    If so, name address and telephone number _____

    Case name and court _____

15. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?: Yes ( ) No (✓)

    WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

    Signed this 9TH day of July, 19 2012.

    Norris Bernard Hawkins
    (Signature of Petitioner)

## DECLARATION

I, _Norris Bernard Hawkins 869111_ declare under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed _July 9th 2012_ at _South Bay Correctional Facility P.O. Box 7171_
        (date)                          (place)

                                 _Norris Bernard Hawkins_
                                 (Signature of Petitioner)

_____
Signature of Attorney (if any)



Norris Bernard Hawkins 869111
South Bay Correctional Facility
P.O. Box 7171 - A4-106L
South Bay, Florida 33493